**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Etcher Farms, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **42-1023001** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**1422 576th Ave**
**Lovilia, IA 50150**
Number, Street, City, State & ZIP Code

**Monroe**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Etcher Farms, Inc.** _____    Case number (*if known*) _____
     Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **1121**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | | Relationship |
|---|---|---|
| Debtor **See Attachment** | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

| Debtor | **Etcher Farms, Inc.** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

| ■ | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Etcher Farms, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 19, 2018**
        MM / DD / YYYY

*X* **/s/ Scott Etcher**           **Scott Etcher**
Signature of authorized representative of debtor      Printed name

Title    **Vice President and CEO**

---

**18. Signature of attorney**

*X* **/s/ Jeffrey D. Goetz**           Date   **March 19, 2018**
Signature of attorney for debtor               MM / DD / YYYY

**Jeffrey D. Goetz**
Printed name

**Bradshaw, Fowler, Proctor & Fairgrave PC**
Firm name

**801 Grand Avenue, Suite 3700**
**Des Moines, IA 50309-8004**
Number, Street, City, State & ZIP Code

Contact phone   **515-243-4191**      Email address   **www.bradshawlaw.com**

**IS #9999366 IA**
Bar number and State

Debtor    **Etcher Farms, Inc.**
_____    Case number (*if known*) _____
         Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA
_____

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
   amended filing

---

### FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| | | | |
|---|---|---|---|
| Debtor | **Elmwood Farms, LLC** | Relationship to you | **Affilate** |
| District | **Southern District of Iowa** | When _____ Case number, if known | |
| Debtor | **Etcher Family Farms, LLC** | Relationship to you | **Affilate** |
| District | **Southern District of Iowa** | When _____ Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **Etcher Farms, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 19, 2018**      *X* **/s/ Scott Etcher**
                                        Signature of individual signing on behalf of debtor

                                        **Scott Etcher**
                                        Printed name

                                        **Vice President and CEO**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Etcher Farms, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF IOWA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Precision Pumping 1333 E 1500th St. Quincy, IL 62305 | | Pumping services for manure/corral cleaning | | | | $76,750.90 |
| Dairy Consulting 141 W. Jackson Blvd #3808 Chicago, IL 60604 | | Nutritionist, feed, and feed ration consulting services | | | | $72,454.16 |
| Furst McNess Co. PO Box 71349 Chicago, IL 60694 | | Feed supplier for cattle | | | | $51,733.65 |
| Grain Processing Corporation 25560 Network Place Chicago, IL 60673 | | Supplier of feed for the cattle | | | | $49,257.36 |
| Cantril Feed & Grain 610 W. North St. Cantril, IA 52542 | | Supplier of all feed for cattle | | | | $32,915.47 |
| AgriBlenders 124 Jefferson St. Ripon, WI 54971 | | cattle medicine | | | | $26,458.66 |
| CR Feeds & Fiber LLC 2615 11th St. SW Cedar Rapids, IA 52404 | | Supplier of feed for cattle | | | | $14,068.80 |
| Monroe County Treasurer 10 Benton Ave Albia, IA 52531 | | Property taxes Notice only | | $13,802.00 | $0.00 | $13,802.00 |
| Smith Fertilizer & Grain 1650 Quebec St. Knoxville, IA 50138 | | Grinding and storage of grain | | | | $12,906.99 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

| Debtor | **Etcher Farms, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nationwide Agribusiness PO Box 10479 Des Moines, IA 50306** | | **Umbrella insurance policy for the farm** | | | | **$12,612.25** |
| **J & C Express 31331 Hwy T-20 Cincinnati, IA 52549** | | **Trucking services for hauling feed and hay provider** | | | | **$11,486.55** |
| **Kalvesta Implement Co., Inc. 32730 E. State Rd. 156 Cimarron, KS 67835** | | **Supplier of parts for the chopper** | | | | **$10,583.23** |
| **Teno Farms 2395 510 Trail Melrose, IA 52569** | | **Supplier of hay** | | | | **$9,630.28** |
| **Goods IBA Service RR2, Box 65 Memphis, MO 63555** | | **Supplies for cattle and dairy** | | | | **$9,047.97** |
| **Cada Farms 1754 Road 10 Clarkson, NE 68629** | | **Supplier of hay for cattle** | | | | **$8,824.94** |
| **Agribusiness Consultants PO Box 259126 Madison, WI 53725** | | **Financial consultants** | | | | **$7,500.00** |
| **Fuller's Milker Center PO Box 147 423 US Hwy 61 N Lancaster, WI 53813** | | **Provides parts for the miling systems and the monthly subscription for the computer program to milk the cows.** | | | | **$6,623.82** |
| **Ramsey Grinding 2402 Rockwood Ave Bedford, IA 50833** | | **Provides hay grinding services** | | | | **$6,207.50** |
| **Roger Kool, LLC 1315 695th Ave Albia, IA 52531** | | **Supplier of feed for the cattle** | | | | **$5,246.80** |
| **Chariton Valley Electric 2090 Highway 5 Albia, IA 52531** | | **Utilities** | | | | **$4,734.68** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Etcher Farms, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $       **8,100,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................   $       **8,490,651.28**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................   $       **16,590,651.28**

---

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $       **9,345,885.79**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$       **657,614.33**

4.   Total liabilities .................................................................................................
    Lines 2 + 3a + 3b     $       **10,003,500.12**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Etcher Farms, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$53,418.04** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **1st Iowa State Bank, Albia, IA Balance as of 3/15/18** | **Checking account** | **6709** | **$182,989.28** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$236,407.32**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Etcher Farms, Inc.**
_____    Case number _(If known)_ _____
Name

| 11a. 90 days old or less: | **100,532.96** | - | **0.00** | = .... | **$100,532.96** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.** | | **$100,532.96** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

<table>
<tr><td colspan="2">**Part 4:**   **Investments**</td></tr>
</table>

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| | | % of ownership | | | |
|---|---|---|---|---|---|
| 15.1. | **AgStar/Compeer $1,000.00 investment in Coop Patronage. Percentage of ownership undetermined.** | **0.00** % | | | **$1,000.00** |
| 15.2. | **Dairy Farmers of America Coop Patronage interest. Percentage of ownership undetermined.** | **0.00** % | **cash** | | **$212,298.00** |
| 15.3. | **Agriland $1,695.00 interest in coop patronage, Percentage of ownership undetermined.** | **0.00** % | | | **$1,695.00** |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.** | | **$214,993.00** |

Add lines 14 through 16.  Copy the total to line 83.

<table>
<tr><td colspan="2">**Part 5:**   **Inventory, excluding agriculture assets**</td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2">**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops-either planted or harvested**

Debtor    **Etcher Farms, Inc.**                                    Case number *(If known)* _____
           Name

| | | | | |
|---|---|---|---|---|
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish*<br>**Cow Herd of 2972** | $0.00 | Market Value | $2,279,991.00 |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)*<br>**See attached  Exhibit B** | $0.00 | Appraisal | $2,382,750.00 |
| 31. | **Farm and fishing supplies, chemicals, and feed**<br>**Feed Inventory as of 12/31/17 (Hay, Grain,**<br>**Silage and Supplies)** | $0.00 | | $964,552.00 |

32.    **Other farming and fishing-related property not already listed in Part 6**

33.    **Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

| |
|---|
| $5,627,293.00 |

34.    **Is the debtor a member of an agricultural cooperative?**

☐ No

■ Yes.  Is any of the debtor's property stored at the cooperative?

    ☐ No

    ■ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

■ Yes. Book value

| | Valuation method | Subject to Further Accounting & Audit | Current Value | |
|---|---|---|---|---|
| **0** | | | | **0** |

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

■ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

■ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**3 desks and 1 office cabinet** | $175.00 | Liquidation | $175.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
      **communication systems equipment and software**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Etcher Farms, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                          $175.00

Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. See attached  Exhibit | $0.00 | | $2,311,250.00 |
| --- | --- | --- | --- |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**                                          $2,311,250.00

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
■ Yes

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Etcher Farms, Inc.**                                   Case number *(If known)* _____
_____
Name

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **Cropland and Dairy Complex located in Monroe County.** | Fee simple | $8,100,000.00 | Appraisal | $8,100,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $8,100,000.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **2017 taxes** | | Tax year **2017** | **Unknown** |
|---|---|---|---|

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor      **Etcher Farms, Inc.** _____      Case number *(If known)* _____
              <u>Name</u>

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$0.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Etcher Farms, Inc.**
_____        Case number *(If known)* _____
  Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $236,407.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $100,532.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $214,993.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $5,627,293.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $175.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,311,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $8,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,490,651.28 | + 91b. $8,100,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $16,590,651.28 |

# Etcher Farms Inc Machinery

**1/1/2018**

| | | |
|---|---:|---|
| 4520 | $ 4,500.00 | |
| 6420 | $ 28,500.00 | |
| 7600 | $ 16,000.00 | |
| 7800 | $ 3,000.00 | |
| 8100 | $ 20,000.00 | |
| 8310 | $ 62,500.00 | |
| 8345 | $ 185,000.00 | Leased |
| 8410 | $ 57,000.00 | |
| 8420 | $ 90,000.00 | Just started making payments |
| 8420 | $ 100,000.00 | Leased |
| 9300 | $ 55,000.00 | |
| 9420 and blade | $ 130,000.00 | |
| 980 and 2 heads | $ 190,000.00 | |
| 4995 mower | $ 35,000.00 | |
| 9660 and head | $ 100,000.00 | |
| Excavator | $ 20,000.00 | |
| IH dump truck | $ 2,500.00 | |
| Volvo | $ 7,500.00 | |
| L180 | $ 3,000.00 | |
| L190 | $ - | |
| 324E | $ 50,000.00 | (New in 2017) |
| 326E | $ 15,000.00 | |
| 328E | 30000 | |
| 332G | 50000 | |
| 324J | $ 40,000.00 | |
| 324K | $ 75,000.00 | |
| 544J | $ 40,000.00 | |
| GMC | $ 1,000.00 | |
| F150 | $ 1,000.00 | |
| F250 | $ 1,500.00 | |
| F350 | $ 500.00 | |
| Dodge | $ 500.00 | |
| 2008 chevy | $ 5,000.00 | |
| 2010 chevy | $ 7,500.00 | |
| 2013 chevy | $ 12,500.00 | |
| 2015 chevy | $ 30,000.00 | |
| 2016 Chevy | $ 40,000.00 | |
| 2014 tahoe | $ 18,000.00 | |
| 2012 buick | $ 10,000.00 | |
| Big Grain Wagon | $ 2,000.00 | |
| 1775 planter | $ 115,000.00 | |
| Grain Cart | $ 20,000.00 | |

| Item | | Amount | Note |
|------|---|--------|------|
| 2310 soil finisher | $ | 20,000.00 | |
| JD 512 Ripper | $ | 15,000.00 | |
| DMI ripper | $ | 5,000.00 | |
| Blue Chisel | $ | 1,000.00 | |
| Harrow | $ | 1,000.00 | |
| Tile Plow | $ | 37,500.00 | |
| 455 Drill | $ | 25,000.00 | |
| 2 Penta dump trailers | $ | 75,000.00 | |
| Hagedorn Grn. | $ | 3,500.00 | |
| Hagedorn Red | $ | 7,500.00 | |
| Hagedorn Vertical | $ | 15,000.00 | |
| Hagedorn Vertical | $ | 50,000.00 | |
| H&S Invertor | $ | 2,500.00 | |
| 550 Schuler | $ | 15,000.00 | New liner |
| 725 Schuler | $ | 25,000.00 | New Liner |
| Pull Sprayer | $ | 5,000.00 | |
| Vermeer Rake | $ | 2,500.00 | |
| Brush Cutter | $ | 1,000.00 | |
| Cultipacker | $ | - | |
| Fert. Spreader | $ | - | |
| Corn Hd. Trailer | $ | 1,500.00 | |
| Merger | $ | 65,000.00 | |
| Drill and Cart | $ | 2,000.00 | |
| Hay Trailer | $ | 5,000.00 | (Bought used) |
| Grain Vac | $ | 3,000.00 | |
| Belt Sand shooter | $ | 4,000.00 | |
| 3 Augers | $ | 5,000.00 | |
| Keifer Stock Trailer | $ | - | |
| Wilson Stock Trailer | $ | 7,500.00 | |
| EBY Stock Trailer | $ | 8,500.00 | |
| Van Trailer | $ | 2,500.00 | |
| Tilt Trailer | $ | 2,500.00 | |
| Post hole Digger | $ | 2,500.00 | |
| Post Driver | $ | 500.00 | |
| Back Hoe | $ | 750.00 | |
| Irrigation pump/gun | $ | 35,000.00 | |
| Scales | $ | - | |
| Mill | $ | 1,000.00 | |
| 7 mobile homes | $ | 30,000.00 | |
| 3 Generators | $ | 8,500.00 | |
| 250 Calf Hutches | $ | 35,000.00 | |
| Portable welder | $ | 1,000.00 | |
| Small Tools | $ | 10,000.00 | |
| GPS Equipment | $ | 15,000.00 | |
| International Semi* | $ | 10,000.00 | |
| FlatBed Trailer* | $ | 2,500.00 | |
| Detach Trailer* | $ | 12,500.00 | |

| | | |
|---|---|---|
| Semi Pot* | $ | 5,000.00 |
| Kenworth* | $ | 10,000.00 |
| Aulick | $ | 25,000.00 |
| Aulick | $ | 20,000.00 |
| **TOTAL:** | **$** | **2,311,250.00** |

***Etcher Farms sold the equipment to Etcher Brother Trucking(EBT) with a plan made that they would make payments to Etcher Farms.

EBT did not make the payments and took a bankruptcy. So we just assumed ownership of all the trucking equipment again.

**Fill in this information to identify the case:**

Debtor name __**Etcher Farms, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF IOWA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Agriland FS Inc.**<br>Creditor's Name<br><br>**421 N. 10th St.**<br>**Winterset, IA 50273**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**3/17/17**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Accounts and Documents of Title, All livestock, Crops, Farm Products, Equipment**<br><br>Describe the lien<br>**Agricultural and Supply Dealer's Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,428.73 | $18,428.73 |
| **2.2**   **Compeer Financial**<br>Creditor's Name<br><br>**1921 Premier Dr.**<br>**Mankato, MN 56001**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/13/14**<br>Last 4 digits of account number<br>**8700**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Substantially all assets, blanket security interest and mortgages**<br><br>Describe the lien<br>**First Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $8,555,188.72 | $8,555,188.72 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Etcher Farms, Inc.**
_____
Name
Case number (if know) _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Dairy Consulting Services, LLC** | | |
|---|---|---|---|

Creditor's Name

**185 Woodlands Circle
Robins, IA 52328**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $72,454.16    $72,454.16
**All cows, all milk produced from said cows located on the properties in Lovilia, Monroe County, Iowa**

**Describe the lien**
**Agricultural and Supply Dealer's Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Farm Credit Leasing Services Corporation** | | |
|---|---|---|---|

Creditor's Name

**600 Hwy 169 Suite 300
Minneapolis, MN 55426**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $158,717.73    $158,717.73
**Multiple pieces of farm equipment and machinery**

**Describe the lien**
**Secured Equipment Lease**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **John Deere Financial** | | |
|---|---|---|---|

Creditor's Name
**6400 NW 86th St.
PO Box 6600
Johnston, IA 50131-6630**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $63,348.72    $63,348.72
**John Deere 9660 Combine S/N 721529**

**Describe the lien**
**Purchase Money Security Interest**

---

Debtor  **Etcher Farms, Inc.**
_____
Name

Case number (if know) _____

Creditor's email address, if known
_____

**Date debt was incurred**
**9/16/14**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $20,949.42 | $20,949.42 |

Creditor's Name

**6400 NW 86th St.**
**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/6/15**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**John Deere 328E Skid Steer Loader S/N 241063; John Deere 332E Skid Steer Loader S/N 240240; John Deere 328E Skid Steer Loader S/N 240726, together with attachmets, accessories and components.**

**Describe the lien**
**Purchase Money Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $96,851.80 | $96,851.80 |

Creditor's Name
**6400 NW 86th St.**
**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/22/16**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**John Deere 1775 Planter S/N 765265 together w/all attachments, accessories, and components.**

**Describe the lien**
**Purchase Money Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Debtor    **Etcher Farms, Inc.**
    Name                                               Case number (if know)

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $84,095.33 | $84,095.33 |

Creditor's Name

**6400 NW 86th St.**
**PO Box 6600**
**Johnston, IA 50131-6630**
Creditor's mailing address

**John Deere 324K Wheel Loader together with all attachments, accessories, and components**

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**3/9/2017**
**Last 4 digits of account number**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $38,637.13 | $38,637.13 |

Creditor's Name

**6400 NW 86th St.**
**PO Box 6600**
**Johnston, IA 50131-6630**
Creditor's mailing address

**John Deere 332G Skid Steer Loader together with all attachments, accessories and components.**

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**12/1/16**
**Last 4 digits of account number**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $32,463.85 | $32,463.85 |

Creditor's Name

**6400 NW 86th St.**
**PO Box 6600**
**Johnston, IA 50131-6630**
Creditor's mailing address

**John Deere 324E Skid Steer Loader S/N 298578 together with all attachments, accessories, and components.**

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?

■ No

---

Debtor      **Etcher Farms, Inc.**
_____
Name                                                      Case number (if know) _____

Creditor's email address, if known
_____

☐ Yes
**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**9/7/2017**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **John Deere Financial** | | |
|---|---|---|---|

Creditor's Name

**6400 NW 86th St.**
**PO Box 6600**
**Johnston, IA 50131-6630**
_____
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**
**9/29/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**          $68,701.41          $68,701.41
**John Deere 8420 Row-Crop Tractor S/N 033216 together with all attachments, accessories and components**
_____

**Describe the lien**
**Purchase Money Security Interest**
**Is the creditor an insider or related party?**

■ No

☐ Yes
**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Monroe County Treasurer** | | |
|---|---|---|---|

Creditor's Name

**10 Benton Ave**
**Albia, IA 52531**
_____
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**          $13,802.00          $0.00
**Property taxes Notice only**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes
**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Etcher Farms, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| 2.1 3 | **Quality Plus Feeds, Inc.** | Describe debtor's property that is subject to a lien | $122,246.79 | $122,246.79 |
|---|---|---|---|---|

**Quality Plus Feeds, Inc.**
Creditor's Name

**2033 Locust St.
Saint Paul, IA 52657**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/3/17**
**Last 4 digits of account number**
**4741**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All cows located at 5790 130th St., Lovilia, IA, 1405 576th Ave, Lovialia, the Hill top Site in Monroe County and the Small Calves Site in Monroe County.**

**Describe the lien**
**Agricultural and Supply Dealer's Lien**
**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $9,345,885.79 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Michael J. Whaley, Esq.<br>Cline Williams Wright Johnson Oldfather<br>12910 Pierce St. Suite 200<br>Omaha, NE 68144** | Line **2.13** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Etcher Farms, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      38464      Best Case Bankruptcy

| Debtor | **Etcher Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |
| | **Iowa Workforce Development Unemployment Insurance Tax Bureau 1000 East Grand Ave. Des Moines, IA 50319** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **notice only** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | |

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** **AgriBlenders 124 Jefferson St. Ripon, WI 54971** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$26,458.66** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **cattle medicine** Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address** **Agribusiness Consultants PO Box 259126 Madison, WI 53725** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$7,500.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Financial consultants** Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address** **Airgas 2430 North Main St. East Peoria, IL 61611** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$61.63** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address** **American Wood Fibers PO Box 468 Schofield, WI 54476** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,525.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **sawdust bedding supplier** Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address** **Appanoose Vet Clinic 23264 Highway S Centerville, IA 52544** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$870.05** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Veterinary services** Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Etcher Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,835.00** |
|---|---|---|---|

**ASA**
**Po Box 4205**
**Buffalo, NY 14240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Health Insurance provider for Scott and Julie Etcher**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,368.14** |
|---|---|---|---|

**B&W Plumbing**
**13 North main**
**Albia, IA 52531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plumbing services for the dairy, employee housing, parlor, or any plumbing need**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,715.00** |
|---|---|---|---|

**Brick Gentry Law Firm**
**6701 Westown Parkway Suite 100**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,824.94** |
|---|---|---|---|

**Cada Farms**
**1754 Road 10**
**Clarkson, NE 68629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier of hay for cattle**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,915.47** |
|---|---|---|---|

**Cantril Feed & Grain**
**610 W. North St.**
**Cantril, IA 52542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier of all feed for cattle**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,773.94** |
|---|---|---|---|

**Capital One**
**PO Box 6492**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revolving charge account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,734.68** |
|---|---|---|---|

**Chariton Valley Electric**
**2090 Highway 5**
**Albia, IA 52531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Etcher Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,068.80 |
|---|---|---|---|

**CR Feeds & Fiber LLC**
**2615 11th St. SW**
**Cedar Rapids, IA 52404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Supplier of feed for cattle**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,454.16 |
|---|---|---|---|

**Dairy Consulting**
**141 W. Jackson Blvd #3808**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Nutritionist, feed, and feed ration consulting services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,050.00 |
|---|---|---|---|

**DB Farms**
**5790 130th St**
**Lovilia, IA 50150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Annual rental of 400 acres of land for crop ground used to feed cattle,. (no balance owed until September fiscal year)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,765.00 |
|---|---|---|---|

**Debenture, Barbara**
**5790 130th St.**
**Lovilia, IA 50150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Personal loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $739.53 |
|---|---|---|---|

**Douds Stone**
**PO Box 187**
**Ottumwa, IA 52501-0187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Sand Supplier for Cattle**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,776.32 |
|---|---|---|---|

**Donald Wayne Etcher**
**1279 565th Trail**
**Lovilia, IA 50150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Semen supplier to breed cows**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,500.00 |
|---|---|---|---|

**Scott Etcher**
**1422 576th Ave**
**Lovilia, IA 50150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Annual Rent of 90 acres of crop land**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Etcher Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,337.57**

**Falvey Lumber Co.**
**123 South Clinton**
**Albia, IA 52531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier of miscelleaneous supplies for barn building, miscellaneous construction around the farms**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,623.82**

**Fuller's Milker Center**
**PO Box 147**
**423 US Hwy 61 N**
**Lancaster, WI 53813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Provides parts for the miling systems and the monthly subscription for the computer program to milk the cows.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51,733.65**

**Furst McNess Co.**
**PO Box 71349**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Feed supplier for cattle**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,818.83**

**Goff & Nash**
**12 N "A" St.**
**Albia, IA 52531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier of oil filters, belts, batteries, equipment parts.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,047.97**

**Goods IBA Service**
**RR2, Box 65**
**Memphis, MO 63555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplies for cattle and dairy**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$78.87**

**Graber Services**
**Highway 34 West**
**3098 220th St.**
**Lockridge, IA 52000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49,257.36**

**Grain Processing Corporation**
**25560 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier of feed for the cattle**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Etcher Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.56** |
|---|---|---|---|

**Gritters Electric**
210 SE 14th St.
Pella, IA 50219

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electrical service repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$314.64** |
|---|---|---|---|

**Haines Auto Supply**
617 High Ave West
Oskaloosa, IA 52577

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Part supplier for equipment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,486.55** |
|---|---|---|---|

**J & C Express**
31331 Hwy T-20
Cincinnati, IA 52549

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trucking services for hauling feed and hay provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,583.23** |
|---|---|---|---|

**Kalvesta Implement Co., Inc.**
32730 E. State Rd. 156
Cimarron, KS 67835

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier of parts for the chopper**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.25** |
|---|---|---|---|

**Manatts, Inc.**
PO Box 448
Des Moines, IA 50302

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier of sand and rock**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$694.69** |
|---|---|---|---|

**Martin Marietta Materials**
2710 Wycliff Rd.
Raleigh, NC 27607

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier of bedding sand for the dairy cows**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$718.91** |
|---|---|---|---|

**McCorkle Hardware**
2363 103rd Ave
Columbia, IA 50057

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hardware supplies for the farm**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Etcher Farms, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,612.25 |
|---|---|---|---|

**Nationwide Agribusiness**
**PO Box 10479**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Umbrella insurance policy for the farm**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,462.59 |
|---|---|---|---|

**O'Hara True Value**
**500 W. Main**
**Ottumwa, IA 52501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Local hardware supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.27 |
|---|---|---|---|

**Phillips Machine & Metal Fabrication**
**3001 Burlington Rd.**
**Oskaloosa, IA 52577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,750.90 |
|---|---|---|---|

**Precision Pumping**
**1333 E 1500th St.**
**Quincy, IL 62305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pumping services for manure/corral cleaning**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.73 |
|---|---|---|---|

**Raceway Tire & Exhaust**
**209 South Lincoln St**
**Knoxville, IA 50138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Provides services for tire repair, and service calls on equipment.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,207.50 |
|---|---|---|---|

**Ramsey Grinding**
**2402 Rockwood Ave**
**Bedford, IA 50833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Provides hay grinding services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,436.57 |
|---|---|---|---|

**Rathbun Regional Water**
**16166 Highway J29**
**Centerville, IA 52544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Provider of water services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Etcher Farms, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,246.80** |
|---|---|---|---|

**Roger Kool, LLC**
**1315 695th Ave**
**Albia, IA 52531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Supplier of feed for the cattle**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,906.99** |
|---|---|---|---|

**Smith Fertilizer & Grain**
**1650 Quebec St.**
**Knoxville, IA 50138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Grinding and storage of grain**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,213.35** |
|---|---|---|---|

**Southern Oil**
**214 W. Jefferson**
**Corydon, IA 50060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Propane service provider**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$349.20** |
|---|---|---|---|

**Telvent DTN**
**26385 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Subscription service of DTN for market information and weather**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,630.28** |
|---|---|---|---|

**Teno Farms**
**2395 510 Trail**
**Melrose, IA 52569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Supplier of hay**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$369.20** |
|---|---|---|---|

**United Life Insurance Co.**
**PO Box 73909**
**Cedar Rapids, IA 52407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Disability Insurance payment**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,189.36** |
|---|---|---|---|

**US Cellular**
**Dept 0205**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cell phone services for Scott and Julie, the dairy manager and internet services,**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Etcher Farms, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $339.02 |
|---|---|---|---|
| | **The Walling Company**<br>**6103 North 90th St.**<br>**Omaha, NE 68134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Supplier of feed for the cattle.__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.10 |
|---|---|---|---|
| | **Ziegler, Inc.**<br>**1500 Ziegler Dr. NW**<br>**Altoona, IA 50009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Caterpillar part supplier__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 657,614.33 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 657,614.33 |

**Fill in this information to identify the case:**

Debtor name  **Etcher Farms, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest — **400 acres of tillable land** | |
| State the term remaining — **1 yr** | **DB Farms**<br>**1279 565th Trail**<br>**Lovilia, IA 50150** |
| List the contract number of any government contract | |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest — **New 1/ 2014/ AG Rain/ 745 x 1250'/ Water Reel Irrigation/ 490172 expires 4/19/19** | |
| State the term remaining — **1 yr** | **Farm Credit Leasing**<br>**600 Hwy 169 Suite 300**<br>**Minneapolis, MN 55426** |
| List the contract number of any government contract | |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest — **One U 2007 John Deere 9420 Tractor: Row crop RW9420O051483; One U 2005 Degelman 6900 Blade 14118828 expires July 2019** | |
| State the term remaining | **Farm Credit Leasing Services Corporation**<br>**600 Hwy 169 Suite 300**<br>**Minneapolis, MN 55426** |
| List the contract number of any government contract | |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest — **John Deere 8345R 8345R Row Crop Tractor S/N 002213** | |
| State the term remaining — **expires 12/18/18** | **John Deere Financial**<br>**6400 NW 86th St.**<br>**Johnston, IA 50131** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Etcher Farms, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Elmwood Farms, LLC** | **1422 576th Ave Lovilia, IA 50150** | **Compeer Financial** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Etcher Family Farms, LLC** | **1422 576th Ave Lovilia, IA 50150** | **Compeer Financial** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Etcher Family Revocable Living Trust** | **1279 565th Trail Lovilia, IA 50150** | **Compeer Financial** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Barbara Jean Etcher** | **1279 565th Trail Lovilia, IA 50150** | **Compeer Financial** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Donald Wayne Etcher** | **1279 565th Trail Lovilia, IA 50150** | **Compeer Financial** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Etcher Farms, Inc.** | Case number *(if known)* |
|--------|------------------------|--------------------------|

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.6 | **Julie Ann Etcher** | **1422 576th Ave**<br>**Lovilia, IA 50150** | **Compeer Financial** | ■ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Scott Etcher** | **1422 576th Ave**<br>**Lovilia, IA 50150** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Scott Allen**<br>**Etcher** | **1422 576th Ave**<br>**Lovilia, IA 50150** | **John Deere Financial** | ■ D __**2.5**__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Scott Allen**<br>**Etcher** | **1422 576th Ave**<br>**Lovilia, IA 50150** | **John Deere Financial** | ■ D __**2.6**__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Scott Allen**<br>**Etcher** | **1422 576th Ave**<br>**Lovilia, IA 50150** | **John Deere Financial** | ■ D __**2.7**__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Scott Allen**<br>**Etcher** | **1422 576th Ave**<br>**Lovilia, IA 50150** | **John Deere Financial** | ■ D __**2.8**__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Scott Allen**<br>**Etcher** | **1422 576th Ave**<br>**Lovilia, IA 50150** | **John Deere Financial** | ■ D __**2.9**__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Scott Allen**<br>**Etcher** | **1422 576th Ave**<br>**Lovilia, IA 50150** | **John Deere Financial** | ■ D __**2.10**__<br>☐ E/F _____<br>☐ G _____ |

---

| Debtor | **Etcher Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

◼ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.14 | **Scott Allen Etcher** | 1422 576th Ave Lovilia, IA 50150 | **John Deere Financial** | ◼ D  __2.11__<br>☐ E/F  _____<br>☐ G  _____ |
|---|---|---|---|---|
| 2.15 | **Scott Allen Etcher** | 1422 576th Ave Lovilia, IA 50150 | **Compeer Financial** | ◼ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.16 | **Benjamin Allen McFarland** | 2401 240th st New London, IA 52645 | **Compeer Financial** | ◼ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.17 | **Scott Allen Etcher** | 1422 576th Ave Lovilia, IA 50150 | **Farm Credit Leasing Services Corporation** | ☐ D  _____<br>☐ E/F  _____<br>◼ G  __2.3__ |
| 2.18 | **Scott Allen Etcher** | 1422 576th Ave Lovilia, IA 50150 | **Deere Credit, Inc.** | ☐ D  _____<br>☐ E/F  _____<br>◼ G  __2.4__ |

**Fill in this information to identify the case:**

Debtor name **Etcher Farms, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>■ Other   **Subject to continuing accounting and audit** | **Unknown** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$1,789,865.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$2,327,893.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Etcher Farms, Inc.**                                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Subject to Continuing Accounting &<br>Audit** | **Subject to<br>Continuing<br>Accounting<br>and Audit** | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Subject to continued Accounting &<br>Audit** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1. **Bill & Ray's Auto Service Inc.<br>v. Etcher Farms, Inc. Etcher<br>Family farms, LLC and Mark<br>Etcher and Nikki Lynch<br>LALA075146** | **Debt collection.<br>Etcher Farms was<br>dismissed from<br>the case on<br>9/18/17** | **Mahaska County Clerk<br>RE: LALA075146<br>Mahaska County Clerk<br>106 South 1st St.<br>Oskaloosa, IA 52577-3101** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

---

Debtor    **Etcher Farms, Inc.**                                    Case number *(if known)* _____

■ None

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
    |---|---|---|---|

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **Bradshaw, Fowler, Proctor & Fairgrave PC**<br>**801 Grand Ave Suite 3700**<br>**Des Moines, IA 50309** | | **11/10/17**<br>**$2,500.00**<br>**2/21/18**<br>**$5,000.00**<br>**3/7/18**<br>**$50,000.00** | **$57,500.00** |
    | | Email or website address<br>**goetz.jeffrey@bradshawlaw.com** | | | |
    | | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

Debtor    **Etcher Farms, Inc.**_____    Case number *(if known)*_____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Etcher Farms, Inc.**                                                    Case number *(if known)* _____

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **First Iowa State Bank 19 Benton Ave E Albia, IA 52531** | **Julie Etcher Scott Etcher Laura Solinger** | **important papers** | ☐ No ■ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Smith Fertilizer and Grain 1650 Quebec St. Knoxville, IA 50138** | **Storage bank of grain/coop** | **Grain and corn** | ☐ No ■ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor   **Etcher Farms, Inc.**_____   Case number _(if known)_ _____

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Genske Mulder & Co.**<br>**4150 E. Concours, Suite 250**<br>**Ontario, CA 91764** | **from 2009 to the present** |
| 26a.2. | **Julie Ann Etcher**<br>**1422 576th Ave**<br>**Lovilia, IA 50150** | **from 2009 to the present** |
| 26a.3. | **Laura Solinger**<br>**5796 130th St.**<br>**Lovilia, IA 50150** | **2014 to the present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Genske Mulder & Co.**<br>**4150 E. Concours, Suite 250**<br>**Ontario, CA 91764** | |
| 26c.2. | **Julie Etcher**<br>**1422 576th Ave**<br>**Lovilia, IA 50150** | |
| 26c.3. | **Laura Solinger**<br>**5796 130th St.**<br>**Lovilia, IA 50150** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor   **Etcher Farms, Inc.**                                              Case number *(if known)*

☐ None

| Name and address |
|---|
| 26d.1. | **Compeer Financial ACA**<br>**PO Box 78219**<br>**Mankato, MN** |
| 26d.2. | **subject to further accounting and audit** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Scott Etcher | December 2017 | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Etcher Farms, Inc.** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Etcher | 1422 576th Ave<br>Lovilia, IA 50150 | Vice President and CEO | 649 Shares of stock |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Julie Etcher | 1422 576th Ave<br>Lovilia, IA 50150 | Treasurer | 209.66 shares of stock |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Don W. Etcher | 1279 565th Trail<br>Lovilia, IA 50150 | President | 717 shares of stock |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Barbara Etcher | 1279 565th Trail<br>Lovilia, IA 50150 | Secretary | 424.33 shares of stock |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Etcher Farms, Inc.**                                Case number *(if known)*

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Subject to further accounting & audit** | | | **Subject to further accounting & audit** |
| | **Relationship to debtor** | | | |

---

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Etcher Farms, Inc.**                                        Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 19, 2018**

**/s/ Scott Etcher**                                        **Scott Etcher**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **Vice President and CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Southern District of Iowa

In re    **Etcher Farms, Inc.** _____    Case No. _____
                                    Debtor(s)                Chapter    **11**    _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Barbara Jean Etcher**<br>**1279 565th Trail**<br>**Lovilia, IA 50150** | | **424.33** | **stock** |
| **Donald Wayne Etcher**<br>**1279 565th Trail**<br>**Lovilia, IA 50150** | | **717** | **stock** |
| **Julie Etcher**<br>**1422 576th Ave**<br>**Lovilia, IA 50150** | | **209.66** | **Stock** |
| **Scott Etcher**<br>**1422 576th Ave**<br>**Lovilia, IA 50150** | | **649** | **stock** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 19, 2018** _____    Signature    **/s/ Scott Etcher**
                                                                    **Scott Etcher**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Iowa

In re **Etcher Farms, Inc.** _____    Case No. _____

Debtor(s)    Chapter **11**

## <u>VERIFICATION OF MASTER ADDRESS LIST ON PAPER (CREDITOR MATRIX)</u>

I, the Vice President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the attached Master Address List (creditor matrix), consisting of __6__ pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date:    **March 19, 2018** _____    **/s/ Scott Etcher** _____
**Scott Etcher**/**Vice President and CEO**
Signer/Title

VER_MTRX (Rev. 04/00)

AgriBlenders
124 Jefferson St.
Ripon, WI 54971

Agribusiness Consultants
PO Box 259126
Madison, WI 53725

Agriland FS Inc.
421 N. 10th St.
Winterset, IA 50273

Airgas
2430 North Main St.
East Peoria, IL 61611

American Wood Fibers
PO Box 468
Schofield, WI 54476

Appanoose Vet Clinic
23264 Highway S
Centerville, IA 52544

ASA
Po Box 4205
Buffalo, NY 14240

B&W Plumbing
13 North main
Albia, IA 52531

Brick Gentry Law Firm
6701 Westown Parkway Suite 100
West Des Moines, IA 50266

Cada Farms
1754 Road 10
Clarkson, NE 68629

Cantril Feed & Grain
610 W. North St.
Cantril, IA 52542

Capital One
PO Box 6492
Carol Stream, IL 60197

Chariton Valley Electric
2090 Highway 5
Albia, IA 52531

Compeer Financial
1921 Premier Dr.
Mankato, MN 56001

CR Feeds & Fiber LLC
2615 11th St. SW
Cedar Rapids, IA 52404

Dairy Consulting
141 W. Jackson Blvd #3808
Chicago, IL 60604

Dairy Consulting Services, LLC
185 Woodlands Circle
Robins, IA 52328

DB Farms
5790 130th St
Lovilia, IA 50150

DB Farms
1279 565th Trail
Lovilia, IA 50150

Debenture, Barbara
5790 130th St.
Lovilia, IA 50150

Douds Stone
PO Box 187
Ottumwa, IA 52501-0187

Elmwood Farms, LLC
1422 576th Ave
Lovilia, IA 50150

Etcher Family Farms, LLC
1422 576th Ave
Lovilia, IA 50150

Etcher Family Revocable Living Trust
1279 565th Trail
Lovilia, IA 50150

Barbara Jean Etcher
1279 565th Trail
Lovilia, IA 50150

Donald Wayne Etcher
1279 565th Trail
Lovilia, IA 50150

Julie Etcher
1422 576th Ave
Lovilia, IA 50150

Julie Ann Etcher
1422 576th Ave
Lovilia, IA 50150

Scott Etcher
1422 576th Ave
Lovilia, IA 50150

Scott Allen  Etcher
1422 576th Ave
Lovilia, IA 50150

Falvey Lumber Co.
123 South Clinton
Albia, IA 52531

Farm Credit Leasing
600 Hwy 169 Suite 300
Minneapolis, MN 55426

Farm Credit Leasing Services Corporation
600 Hwy 169 Suite 300
Minneapolis, MN 55426

Fuller's Milker Center
PO Box 147
423 US Hwy 61 N
Lancaster, WI 53813

Furst McNess Co.
PO Box 71349
Chicago, IL 60694

Goff & Nash
12 N "A" St.
Albia, IA 52531

Goods IBA Service
RR2, Box 65
Memphis, MO 63555

Graber Services
Highway 34 West
3098 220th St.
Lockridge, IA 52000

Grain Processing Corporation
25560 Network Place
Chicago, IL 60673

Gritters Electric
210 SE 14th St.
Pella, IA 50219

Haines Auto Supply
617 High Ave West
Oskaloosa, IA 52577

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471

Iowa Workforce Development
Unemployment Insurance Tax Bureau
1000 East Grand Ave.
Des Moines, IA 50319

J & C Express
31331 Hwy T-20
Cincinnati, IA 52549

John Deere Financial
6400 NW 86th St.
PO Box 6600
Johnston, IA 50131-6630

John Deere Financial
6400 NW 86th St.
Johnston, IA 50131

Kalvesta Implement Co., Inc.
32730 E. State Rd. 156
Cimarron, KS 67835

Manatts, Inc.
PO Box 448
Des Moines, IA 50302

Martin Marietta Materials
2710 Wycliff Rd.
Raleigh, NC 27607

McCorkle Hardware
2363 103rd Ave
Columbia, IA 50057

Benjamin Allen McFarland
2401 240th st
New London, IA 52645

Michael J. Whaley, Esq.
Cline Williams Wright Johnson Oldfather
12910 Pierce St. Suite 200
Omaha, NE 68144

Monroe County Treasurer
10 Benton Ave
Albia, IA 52531

Nationwide Agribusiness
PO Box 10479
Des Moines, IA 50306

O'Hara True Value
500 W. Main
Ottumwa, IA 52501

Phillips Machine & Metal Fabrication
3001 Burlington Rd.
Oskaloosa, IA 52577

Precision Pumping
1333 E 1500th St.
Quincy, IL 62305

Quality Plus Feeds, Inc.
2033 Locust St.
Saint Paul, IA 52657

Raceway Tire & Exhaust
209 South Lincoln St
Knoxville, IA 50138

Ramsey Grinding
2402 Rockwood Ave
Bedford, IA 50833

Rathbun Regional Water
16166 Highway J29
Centerville, IA 52544

Roger Kool, LLC
1315 695th Ave
Albia, IA 52531

Smith Fertilizer & Grain
1650 Quebec St.
Knoxville, IA 50138

Southern Oil
214 W. Jefferson
Corydon, IA 50060

Telvent DTN
26385 Network Place
Chicago, IL 60673

Teno Farms
2395 510 Trail
Melrose, IA 52569

United Life Insurance Co.
PO Box 73909
Cedar Rapids, IA 52407

US Cellular
Dept 0205
Palatine, IL 60055

The Walling Company
6103 North 90th St.
Omaha, NE 68134

Ziegler, Inc.
1500 Ziegler Dr. NW
Altoona, IA 50009

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Etcher Farms, Inc.**

_____

Debtor(s)

Case No. _____

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Etcher Farms, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

**March 19, 2018**
_____

Date

**/s/ Jeffrey D. Goetz**
_____

**Jeffrey D. Goetz**

Signature of Attorney or Litigant

Counsel for  **Etcher Farms, Inc.**
_____

**Bradshaw, Fowler, Proctor & Fairgrave PC**

**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
**515-243-4191 Fax:515-246-5808**
**www.bradshawlaw.com**