### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In the Matter of: | ) | Case No. 18-00554 |
| | ) | |
| | ) | Jointly Administered With: |
| Etcher Farms, Inc. | ) | Case No. 18-0055 |
| | ) | Case No. 18-0056 |
| Debtor. | ) | |
| | ) **MOTION FOR ADMISSION** | |
| | ) **PRO HAC VICE** | |
| | ) **OF MICHAEL A. BRANDESS** | |
| | ) | |

COMES NOW, Attorney, Robert C. Gainer, an attorney licensed and in good standing before the Bankruptcy Court for the Southern District of Iowa, and in support of the Motion for *Pro Hac Vice* Admission on behalf of Michael A. Brandess, provides as follows:

A.     Mr. Brandess's office address, telephone number, fax number, and attorney identification number are as follows: Mark S. Melickian, Sugar Felsenthal Grais & Helsinger LLP, 30 N LaSalle St., Ste 3000, Chicago, IL 60602; Telephone: 312-704-9400; Facsimile: 312-372-7951; Bar No. 6229843.

B.     Michael A. Brandess is a member in good standing of the bar of the United States District Court for the Northern District of Illinois and the Central District of Illinois.

C.     Michael A. Brandess is not currently suspended or disbarred in any court.

D.     Michael A. Brandess has on prior cases, made a *pro hac vice* application to this court; such *pro hac* application being granted on all occasions made.  Such cases include: In re Central Iowa Healthcare, 16-02438; In re Newton Manufacturing Company, 15-01128; and In re Natural Pork Productions II, LLP, 12-02872.

E.     Michael A. Brandess acknowledges that if the *pro hac vice* application is granted, he is subject to the jurisdiction of the court with respect to the attorney's conduct to the same

extent as a member of the Bar of this court and is subject to the Iowa Code of Professional

Responsibility for Lawyers.

Michael A. Brandess will conform with the associate counsel requirement for attorneys

appearing *pro hac vice*, and conforms to such requirement with associate counsel, Robert C.

Gainer, 1307 50th Street, West Des Moines, Iowa 50266; Telephone: 515-223-6600; Facsimile:

515-223-6787.

WHEREFORE, applicant, Michael A. Brandess, requests this court grant him *pro hac*

*vice* admission within bankruptcy case no. 18-0554 in the Bankruptcy Court for the Southern

District of Iowa and for any further relief this court deem just and equitable.

Respectfully submitted,


*/s/ Michael A. Brandess*_____
Michael A. Brandess, IL Bar No. 6299158

*/s/ Robert C. Gainer*_____   _____
Robert C. Gainer                    IS9998471
CUTLER LAW FIRM, P.C.
1307 50th Street
West Des Moines, Iowa 50266
Telephone:    515-223-6600
Facsimile:    515-223-6787
E-mail:  rgainer@cutlerfirm.com

ATTORNEYS FOR BLENDED COMMITTEE
OF UNSECURED CREDITORS


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 5, 2018, the foregoing instrument was
filed electronically with the Clerk of Court using the CM/ECF system which sent notification of
such filing to all registered users party to this case, including the United States Trustee

*/s/ Stephanie Newton*